IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN S. KEENER**, | : | CIVIL ACTION NO. 1:10-CV-477 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **BRIAN M. TORKAR and SEAN TORKAR**, | : | |
| **TAYLOR**, | : | |
| Defendants | : | |

## **O R D E R**

AND NOW, this 22nd day of June, 2010, following the initial case management conference and upon agreement of counsel for the parties, it is hereby ORDERED that the parties shall have ninety (90) days to conduct limited discovery, prior to formal referral of this matter to mediation. Accordingly, the deadline for completion of said limited discovery is **September 20, 2010**. The court will defer issuance of a mediation referral order until that time.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge